MARTIN, Appellant. v. SMITH. Respondent. (Supreme Court, Appellate Division, First Department. April 25, 1902.) Action by John F. Martin against John Smith. A. C. Butts, for appellant. J. Ullman, for respondent. No opinion. Order affirmed. with $10 costs and disbursements. See 75 N. Y. Supp. 780.

In re MAYOR. ETC., OF CITY OF NEW YORK. GOLDING v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. May 9, 1902.) Application of John N. Golding for the taxation of the compensation due to him for services as an expert appraiser and witness for the city of New York in proceedings to acquire title to certain real estate. From an order fixing his compensation the city appeals. Reversed. Theodore Connoly, for appellant. John Lindley, for respondent.

McLAUGHLIN. J. The question presented on this appeal is precisely like the question presented on the appeal from the order fixing the compensation of Charles Frederick Hoffman, Jr., decided herewith. 76 N. Y. Supp. 137. The conclusion there reached necessitates a reversal of the order here appealed from, and for the reasons given in the opinion in that case. The order appealed from, therefore, must be reversed. with $10 costs and disbursements, and the motion denied, with $10 costs, without prejudice. however, to the right of the respondent to renew his application, if he be so advised, upon competent proof as to the value of the services rendered. All concur.

MEDICAL COLLEGE LABORATORY OF NEW YORK. Respondent, v. NEW YORK UNIVERSITY. Appellant. (Supreme Court, Appellate Division, First Department. April 11, 1902.) Action by the Medical College Laboratory of New York against the New York University. G. Strong, for appellant. F. R. Foraker. for respondent. No opinion. Order (71 N. Y. Supp. 243) affirmed, with $10 costs and disbursements. See 74 N. Y. Supp. 1137.

MEYER v. ALBANY & H. RY. CO. (Supreme Court. Appellate Division, First Department. May 23, 1902.) Action by Solomon Meyer against the Albany & Hudson Railway Company. No opinion. Motion granted, with $10 costs.

In re MILLER. (Supreme Court, Appellate Division. First Department. May 16, 1902.) In the matter of Charlotte Miller, deceased. No opinion. Motion dismissed, without costs.

MOLLER, Appellant, v. MECHLER, Respondent. (Supreme Court, Appellate Division, First Department. April 11, 1902.) Action by Mathias P. Moller against Joseph S. Mechler. H. H. Hart, for appellant. No opinion. Order affirmed, with $10 costs and disbursements.

MONAGHAN, Appellant, v. SHIPWAY et al., Respondents. (Supreme Court, Appellate Division, First Department. April 11, 1902.) Action by James E. Monaghan against John H. Shipway and others. G. W. Bristol, for appellant. F. Hulse, for respondents. No opinion. Judgment affirmed, with costs, with leave to plaintiff to amend on payment of costs in this court and in the court below.

MONTESI, Respondent, v. STAR CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 29, 1902.) Action by Edward G. Montesi against the Star Company and others. No opinion. Judgment and order unanimously affirmed, with costs. All concur, except GOODRICH, P. J., who is of the opinion that the verdict should be reduced.

MOONEY, Respondent, v. ULRICH BLANK BOOK MFG. CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 29, 1902.) Action by George W. Mooney against the Ulrich Blank Book Manufacturing Company. No opinion. Judgment of the municipal court affirmed, with costs.

MOORE v. SMITH et al. (Supreme Court, Appellate Division, First Department. April 11, 1902.) Action by Henry S. Moore against Tillie E. Smith and others. No opinion. Motion denied, on payment of $10 costs.

MORGAN, Appellant, v. CHITTENDEN et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 1, 1902.) Action by William J. Morgan against Louise Gertrude Chittenden and others. No opinion. Order reversed, with $10 costs and disbursements, on the ground that the special term was without power to make said order.

MORRISON, Respondent, v. SMITH et al.. Appellants. (Supreme Court, Appellate Division, First Department. April 11, 1902.) Action by Lillian C. Morrison against Ormond G. Smith and another. T. H. Silkman, for appellants. J. A. Washburne, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

MUNDY, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 1, 1902.) Action by George Mundy against the Brooklyn Heights Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

MURPHY, Respondent, v. METROPOLITAN LIFE INS. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 18, 1902.) Action by Catherine Murphy against the Metropolitan Life Insurance Company. No opinion. Judgment and order affirmed, with costs.